IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00638-KDB

| | |
|---|---|
| CEDRIC D. GERALD, **Plaintiff,** v. ANDREW M. SAUL, Commissioner of Social Security, **Defendant.** | **ORDER** |

**THIS MATTER** is before the Court following its December 7, 2020 Order staying this matter to allow Plaintiff to obtain new counsel or notify the Court of his intention to proceed without counsel. Plaintiff has failed to comply with the Court's December Order by failing to inform the Court via filing of how he intends to proceed with his case.

Plaintiff is hereby **ORDERED** to inform the Court in writing of his intention to proceed with his case, whether with an attorney or *pro se*, by May 3, 2021. If Plaintiff fails to respond within that time, the Court may dismiss his case for lack of prosecution. If Plaintiff does respond by May 3, 2021, the Court will set a new scheduling order with deadlines for Plaintiff and the Commissioner to file cross-motions for summary judgment.

**SO ORDERED**.

Signed: April 12, 2021

Kenneth D. Bell
United States District Judge